IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA

GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.   CASE# 1:03CR41-MMP

RODERICK STEVENSON

_____/

## STIPULATION OF COMPETENCY TO STAND TRIAL

COMES NOW, the Defendant, Roderick Myron Stevenson, by and through his undersigned counsel of record, D. Scott Boardman, joined by the United States Attorney, Frank Williams, and stipulate as follows:

1. Defendant Roderick Myron Stevenson has previously been diagnosed with cancer and undergone treatment related thereto which was the basis of continuances of the trial of the Defendant based on Defendant's competency to stand trial.

2. The Defendant's current condition has apparently resolved sufficiently for him to participate in his own defense having "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding... as well as a factual understanding of the proceedings against him," *Watts v. Singletary* 87 F.3d 1282, 1286 (11th Cir. 1996).



3. Medical evidence introduced in this matter is consistent with a finding of the present ability to stand trial based on the Defendant's own medical providers and those of the Independent Medical Examiners appointed to ensure his competency.

4. The Defendant Roderick Myron Stevenson has further indicated his desire to proceed with the trial at this time.

IT IS THEREFORE STIPULATED BY THE PARTIES, that Defendant is competent to stand trial at this time.

APPROVED AS TO SUBSTANCE AND FORM BY:

/s/ D. Scott Boardman

Attorney for the Defendant

Asst. United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THENORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                           CASE# 1:03CR41-MMP

RODERICK STEVENSON

_____/

### STIPULATION ORDER FINDING COMPETENCY TO STAND TRIAL

ON THE STIPULATION OF THE PARTIES, that the Defendant, Roderick Myron Stevenson, by and through his undersigned counsel of record, D. Scott Boardman, joined by the United States Attorney, Frank Williams, is presently competent to stand trial the COURT FINDS:

1. That Defendant is prepared to proceed to trial and medical evidence in this case is sufficient to conclude that Defendant has "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding... as well as a factual understanding of the proceedings against him," *Watts v. Singletary* 87 F.3d 1282, 1286 (11th Cir. 1996).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant is competent to stand trial on this date and that trial shall proceed accordingly.

Dated: *August 22, 2005*                    _____
                                                                    DISTRICT COURT JUDGE