IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 519, Defendant's motion to continue the evidentiary hearing currently scheduled for Wednesday, December 7, 2005.  As a result of this motion, the evidentiary hearing is hereby postponed.  In lieu of the evidentiary hearing, a telephone conference will be held on Wednesday, December 7, 2005, at 1:00 p.m., during which time the rescheduling of the evidentiary hearing will be discussed, along with any objections the parties may have.  Attorney David Boardman will be responsible for getting the parties together into a conference call, including the court reporter Christine Bordenave at (352) 380-2758, and then initiating the call into the Court at (352) 380-2415.

**DONE AND ORDERED** this   5th  day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge