IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 519, Defendant's Motion to Continue the evidentiary hearing on Defendant's motion to withdraw his plea, Doc. 509.  A telephone hearing was held on Wednesday, December 7, 2005.  During the hearing, it was brought to the Court's attention that Defendant may need to replace his current counsel for the evidentiary hearing.  Accordingly, Defendant's motion to continue is granted.  The evidentiary hearing on Defendant's motion to withdraw his plea is hereby rescheduled for Thursday, February 2, 2006, at 1:00 p.m.  At this time, Defendant is instructed to have new counsel ready, if necessary, as no further continuances will be granted on these grounds.

**DONE AND ORDERED** this  _8th_  day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge