IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

   Defendant.
_____/

**O R D E R**

This matter is before the Court on defendant's motion to withdraw his nolo contendere plea, Doc. 509. An evidentiary hearing was scheduled to be held on this matter on Thursday, February 2, 2006. By rule, however, Mr. Williams and Mr. Boardman are not permitted to act as counsel for purposes of this hearing as they will be essential witnesses in the proceeding. Accordingly, Mr. Boardman's request for a continuance is granted. Gary Edinger, who was present at the hearing on Thursday, February 2, 2006, will represent Mr. Stevenson on this matter. The evidentiary hearing on defendant's motion to withdraw is plea is hereby rescheduled for Wednesday, February 15, 2006, at 1:00 p.m. The hearing will be held in Judge Stephen Mickle's courtroom.

**DONE AND ORDERED** this   *2nd* day of February, 2006

           *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge