IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.

_____/

**O R D E R**

This matter came before the Court on March 3, 2006, for sentencing, during which Defendant was adjudicated guilty of the offense charged in Count I, which is a Class "A" felony. In the course of determining the sentence, however, the Court became aware of a need for more information concerning defendant's medical condition that was otherwise available, as a basis for determining the sentence to be imposed on the defendant. In particular, 18 U.S.C. § 3553(a)(2)(D) requires the Court to consider "the need for the sentence imposed -- to provide the defendant with needed ... medical care." Also, in doc. 545, the defendant moves for a downward departure based on his medical condition.

Title 18 U.S.C. § 3552(b) allows this Court to order a study of the defendant to obtain such needed information. Moreover, the Court may commit the defendant to the custody of the Bureau of Prisons and order that the study be done in the Bureau of Prisons rather than the local community if there is a compelling reason to do so. A primary purpose of the study is to determine whether there are adequate facilities in the Bureau of Prisons to treat defendant's medical conditions. The Court finds this is a compelling reason for the study to be conducted in the Bureau of Prisons rather than by consultants in the local community.

Pursuant to 18 U.S.C. § 3552(b), the Court therefore commits the Defendant to the custody of the Bureau of Prisons to conduct this evaluation. This commitment shall be treated for administrative purposes as a provisional sentence of imprisonment for the maximum term authorized by 18 U.S.C. § 3581(b). The Bureau of Prisons shall file a report setting out its findings and recommendations by Tuesday May 2, 2006. The report shall include the information and recommendations stated in 18 U.S.C. § 3552(b) and, in particular, an assessment of defendant's physical condition and ability to serve an incarcerated term of imprisonment, as well as a recommendation of what facilities are available to or within the Bureau of Prisons to adequately treat defendants medical conditions.

The Clerk is directed to provide a copy of this order to the Bureau of Prisons as well as a copy of the transcript of the sentencing hearing, the Presentence Report, and all medical records currently in the possession of the Clerk. Also, defense counsel and the government shall submit any additional medical records that are in their possession to the appropriate entity by separate cover.

After the Court receives the report and the recommendations, or the time passes for filing the report and recommendations, the United States marshal shall return the defendant to the court. At which time, the Court will complete the sentencing of the defendant in accordance with the sentencing alternatives and procedures available under Chapter 18.

**DONE AND ORDERED** this _3rd_ day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:03-cr-00041-MP-AK*