IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.
_____/

## **O R D E R**

A sentencing hearing was held in this case on Thursday, June 15, 2006. During the hearing, the defendant indicated that he was not properly receiving his medications while in custody. Accordingly, the United States Marshal and the facility in which defendant is to be held shall take all steps necessary to ensure that the defendant receives his medications as prescribed with respect to dosage and frequency of administration.

**DONE AND ORDERED** this _15th_ day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge