IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on a financial affidavit filed by Roderick Myron Stevenson. Mr. Stevenson seeks to have his current attorney, David Scott Boardman, removed from the case and a court appointed lawyer represent him on appeal. More information is needed in order for the court to make a proper ruling on defendant's request. In particular, defendant must provide an additional affidavit containing information on any and all sources of income. Also, defendant must provide further information as to the ownership of the "single block home" he listed as an asset on the affidavit, including specifics on how much equity defendant currently has in the property as well as the size of any mortgage that may exist on the property. Finally, since defendant had retained the services of Mr. Boardman, the defendant and his counsel are required to file an affidavit as to their fee arrangement, including such items as the fee amount, who is paying the fee, and who has guaranteed the fee. Defendant has until Monday, July 24, 2006, to comply with these requests.

    **DONE AND ORDERED** this  *21st* day of June, 2006

                       *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge