IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                   CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 640, Motion for a Continuance, filed by Defendant Roderick Stevenson. In the motion, counsel for Defendant states that he seeks to present evidence regarding Defendant's medical history in order for the Court to determine a reasonable sentence. Because these medical records are voluminous, Defendant requests that his sentencing hearing, currently set for November 13, 2007, be continued so that counsel may better prepare. The Government does not object to the requested continuance. Therefore, Defendant Stevenson's motion is granted, and the sentencing hearing is reset for Thursday, January 3, 2008, at 1:00 p.m.

    **DONE AND ORDERED** this   *23rd* day of October, 2007

                                              *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge