IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                               CASE NO. 1:03-cr-00041-MP-AK

RODERICK MYRON STEVENSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 643, Motion to Unseal Document, filed by Defendant Roderick Stevenson. In the motion, Defendant states that his attorney seeks to present evidence at the re-sentencing regarding Defendant's medical history and condition. In order to prepare for the re-sentencing, Defendant requests that medical records previously filed by the Government be unsealed so that defense counsel may review them. The Government does not object to the motion. The Court finds that the information contained in the requested documents should remain sealed, except for the limited purpose of allowing counsel for the Defendant to receive the documents and to examine them prior to the sentencing hearing. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to send counsel for Defendant copies of Docs. 469, 544, 547, and 575. These documents, however, shall remain under seal.

**DONE AND ORDERED** this   *30th* day of October, 2007

                                     *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge