IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                           CASE NO. 1:03-cr-00041-MP-AK-12

RODERICK MYRON STEVENSON,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 21, 2012. (Doc. 831). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant's motion to vacate (doc. 765), filed pursuant to 28 U.S.C. § 2255, is DENIED and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  _29th_  day of May, 2013

                                                       *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge